**92–2429.** State ex rel. Ciccolelli v. Medina. *Mahoning County,* No. 90 C.A. 39. Cause dismissed, on joint application to dismiss.